IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KARL JOSEPH SCHMIEDING, :
        Petitioner, : 1:11-cv-2096
         :
   v. :
         : Hon. John E. Jones III
COMMONWEALTH OF :
PENNSYLVANIA, HUNTINGDON :
COUNTY DISTRICT ATTORNEYS :
OFFIC, *et al.*, :
        Respondents. :

## **ORDER**

### **June 21, 2018**

NOW THEREFORE, upon consideration of the second amended petition for writ of habeas corpus (Doc. 42) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED as follows:

1. The second amended petition for writ of habeas corpus (Doc. 42) pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. *See* R. GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

3. The Clerk of Court is directed to CLOSE this case.

                          s/ John E. Jones III
                          John E. Jones III
                          United States District Judge